IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EAD ENGINEERING, INC.                                                   PLAINTIFF

v.                      Case No. 4:17-cv-00608 JM

HIGHLAND PELLETS, LLC, et al.                               DEFENDANTS

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for October 28, 2019, is cancelled and this case is removed from the trial docket. All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 23rd day of October, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE