IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EAD ENGINEERING, INC., a Nebraska
Corporation                                                                                         PLAINTIFF

VS.                                        NO. 4:17CV0608 JM

HIGHLAND PELLETS, LLC, an Arkansas
limited liability company, HIGHLAND
PELLETS HOLDINGS, LTD., a British
Virgin Islands limited company,
HIGHLAND LLC, a Delaware limited
liability company, AGRIRECYCLE, INC.,
A Missouri corporation, AGRIRECYCLE
CONSULTING, LLC, a Missouri limited
liability company                                                                                   DEFENDANTS

**ORDER**

Pending is the Plaintiff's motion for voluntary dismissal. (Docket # 99). For good cause shown the motion is GRANTED.

All claims against Defendants' AgriRecycle, Inc. and AgriRecycle Consulting, LLC are hereby dismissed with prejudice with each party to bear their own costs, attorney fees and other expenses.

All claims against Defendants' Highland Pellets, LLC, Highland Pellets Holdings, LTD and Highland, LLC are hereby dismissed with prejudice, with each party to bear their own costs, attorney fees, and all other expenses. However, the Court maintains jurisdiction of this case to enforce the terms of the settlement agreement and to enter a consent judgment in the event that the terms of the settlement agreement are violated or such terms are not fulfilled on or before January 15, 2020.

IT IS SO ORDERED this 19th day of November, 2019.

_____
James M. Moody Jr.
United States District Judge